# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 99-11102
_____

## ALLYSON EDWARDS

Plaintiff - Appellant,

versus

## ALAMO RENT A CAR, INC.; BRYAN BENSON,
## in his Official Capacity for Alamo Rent A Car, Inc. and
## Individually for State Common Law Claims

Defendants - Appellees.
_____

### Appeal from the United States District Court
### for the Northern District of Texas
### (3:97-CV-2661-R)
_____

## December 8, 2000

**Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.**

**PER CURIAM:**[*]

**AFFIRMED.** See 5th Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.